STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     daniel.pastor@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUVENCIO GAMEZ CID, and<br>CRISTIAN ALVARADO,<br><br>    Defendants. | NO. CR-20-0450 (EMC)<br><br>[PROPOSED] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUVENCIO GAMEZ CID, and<br>JOSE ALFREDO VILLALOBOS CISNEROS,<br><br>    Defendants. | NO. CR-20-451 (EMC)<br><br>[PROPOSED] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021 |

[PROPOSED] ORDER                 1                 v. 7/10/2018

1

2   UNITED STATES OF AMERICA,                )   NO. CR-20-452 (EMC)
                                             )
3         Plaintiff,                         )   [PROPOSED] ORDER TO EXCLUDE TIME FROM
                                             )   JULY 21, 2021 THROUGH SEPTEMBER 16, 2021
4      v.                                    )
                                             )
5   FRANCISCO RICARDO MIRANDA, and           )
    URIEL SOTO                               )
6                                            )
          Defendants.                        )
7                                            )
                                             )
8                                            )
                                             )
9                                            )

10  UNITED STATES OF AMERICA,                )
                                             )
11        Plaintiff,                         )
                                             )   Case No. CR21-026 (EMC)
12     v.                                    )
                                             )   [PROPOSED] ORDER TO EXCLUDE TIME FROM
13  RAUDEL MACIAS, and                       )   JULY 21, 2021 THROUGH SEPTEMBER 16, 2021
    BENITO MACIAS,                           )
14                                           )
          Defendants.                        )
15                                           )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18                                           )

19  UNITED STATES OF AMERICA,                )   Case No. CR21-222 (EMC)
                                             )
20        Plaintiff,                         )   [PROPOSED] ORDER TO EXCLUDE TIME FROM
                                             )   JULY 21, 2021 THROUGH SEPTEMBER 16, 2021
21     v.                                    )
                                             )
22  TEO MAGANA-SANCHEZ,                      )
                                             )
23        Defendant.                         )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26                                           )

27

28

[PROPOSED] ORDER                                 2                              v. 7/10/2018

1    The parties appeared for a status on July 21, 2021.  The government reported that it has produced

2    discovery to the defendants through the court-appointed discovery coordinator.  Defense counsel stated

3    that they continue to review the discovery and need more time to review discovery and to meet and

4    confer with the discovery coordinator and the government on any discovery questions. The Court set the

5    next status for September 16, 2021.

6    The parties agreed that time should be excluded for effective preparation of counsel.  The Court

7    agreed to exclude time for effective preparation of counsel.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2     Based upon the facts set forth on the record, and those stated above, and for good cause shown,

3  the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial

4  Act) for the period from July 21, 2021 through September 16, 2021 is warranted and that the ends of

5  justice served by the continuance outweigh the best interests of the public and the defendants in a speedy

6  trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the

7  defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18

8  U.S.C. § 3161(h)(7)(B)(iv).

9     IT IS HEREBY ORDERED THAT the time from July 21, 2021 through September 16, 2021

10  shall be excluded from computation under the Speedy Trial Act.

11

12

13  DATED: _July 23, 2021_____    _____

14                                                                       HON. EDWARD M. CHEN
                                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28